THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM D. CARACELLI, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*William D. Caracelli,* in person, for motion.

No one opposed.

Motion granted and the case set down for argument during the October, 1955, session of the Court of Appeals.